*WESTERN DIST.*
*September,* 1840.

MOUTON
*vs.*
DROZ.

All persons appealing, and seeking to reverse a judgment, must bring before this court, every party who has an interest in having it sustained.

---

## MOUTON *vs.* DROZ.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF LAFAYETTE, THE JUDGE OF THE DISTRICT PRESIDING.

A defence that bad shingles were furnished by plaintiff, will not avail the party, in his excuse for making a bad roof, when he made no objections to their quality before putting them on.

When a jury passes upon the manner in which a job of work has been performed, their verdict will not be disturbed on slight contradictory evidence.

This is an action of damages. The plaintiff shows that he contracted with the defendant to build him a house, which

WESTERN DIST. 'was not finished and built in a workmanlike manner ; but on
September, 1840. the contrary was so defective, and badly built and covered,
that plaintiff had to take off the entire roof from the house,
and cover it with new shingles.   The rain beating through
the roof, had destroyed the painting, and injured the furniture.

MOUTON
vs.
DROZ.

He claims seven hundred dollars in damages.

The defendant pleaded a general denial, and averred that
he finished the house in a workmanlike manner, and any
defects in the roof were such as proceeded from causes inde-
pendent of him.   He prays that the suit be dismissed.

The cause was tried before the court and a jury.

The evidence fully sustained the plaintiff's allegations in
relation to the roof of his house.   The only palliation which
appeared for the defendant was, that the shingles originally
put on the house, were furnished by the plaintiff, and a car-
penter swore he had examined the roof, and he could not
make a good roof with those shingles and guarantee it.
Several other of defendants witnesses testified to the badness
of the shingles furnished by the plaintiff, and to the bad
weather when they were put on.   The testimony in this
respect was slightly contradictory.

The jury returned a verdict of three hundred and sixty-nine
dollars and fifty-six cents, for the plaintiff, and from judgment
rendered thereon, the defendant appealed.

*Crow,* for the plaintiff.

*Neveu,* for the appellant insisted that, from the contradic-
tions in the testimony, the case should be remanded.

*Morphy, J.,* delivered the opinion of the court.

This is an action for damages sustained by plaintiff, in
consequence of the defective and unworkmanlike manner in
which defendant has made the roof of a dwelling house which
he had undertaken to build for the plaintiff.   The defence set
up is, that the defects, if any there are in the roof as com-
plained of, must be ascribed to the bad quality of the mate-

A defence that
bad shingles
were furnished
by plaintiff, will
not avail the par-
ty, in his excuse
for making a bad
roof, when he

rials furnished by plaintiff, and not to the manner in which the work has been executed.    This issue was placed before a jury, who brought in a verdict for a small portion of plaintiff's claim.    The defendant, after an unsuccessful effort to obtain a new trial, appealed.

It does not appear that defendant before using the shingles, furnished by plaintiff, objected to their quality.    On other points, the evidence is somewhat contradictory, but we have seen nothing in it which makes it our duty to disturb the verdict of the jury.

It is, therefore, ordered, that the judgment of the District Court be affirmed, with costs.